■ AARON MANDELBAUM, Doing Business as QUALITY CONSTRUCTION Co., Respondent, v CLARENCE JACKSON et al., Appellants.—In an action to foreclose a mechanic's lien, defendants appeal from a judgment of the Supreme Court, Queens County, entered August 13, 1976, which, after a nonjury trial, is in favor of plaintiff and against them. Judgment affirmed, without costs or disbursements, on the opinion of Mr. Justice Kassoff at Trial Term. Latham, J. P., Cohalan, Rabin and Hawkins, JJ., concur.

■ CONSOLIDATED MUTUAL INSURANCE COMPANY, Respondent, v MOLLIE SCHWARTZ et al., Respondents-Appellants, and GREATER NEW YORK MUTUAL INSURANCE COMPANY, Appellant-Respondent. GREATER NEW YORK MUTUAL INSURANCE COMPANY, Appellant-Respondent, v MARIA CUBERO et al., Respondents-Appellants, and CONSOLIDATED MUTUAL INSURANCE COMPANY, Respondent.—Judgment of the Supreme Court, Kings County, entered February 11, 1977, affirmed, with one bill of costs jointly to respondents-appellants and respondent, on the opinion of Mr. Justice Lawrence at Trial Term. Cohalan, J. P., Titone, Hawkins and Suozzi, JJ., concur.

■ OLGA NEWELL et al., Respondents, v KENNETH REPETTI, Defendant, and UPJOHN COMPANY, Appellant.—In an action to recover damages for personal injuries, etc., the appeal is from so much of an order of the Supreme Court, Westchester County, entered April 1, 1977, as granted plaintiffs' motion for a protective order to the extent of striking or limiting the scope of certain interrogatories served by appellant. Order affirmed insofar as appealed from, with $50 costs and disbursements. We concur with the determination of Mr. Justice Rubenfeld at Special Term. Latham, J. P., Cohalan, Rabin and Hawkins, JJ., concur.